IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE ESTATE OF MARTHA GARDNER,                      PLAINTIFF
BY AND THROUGH KATE GARDNER,
AMINISTRATOR OF THE ESTATE OF
MARTHA ANN GARDNER, DECEASED

V.                                                     NO: 1:24CV056-GHD-DAS

STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY                                    DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

It is therefore ORDERED that this action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement of this matter has not been completed and further litigation is necessary.

SO ORDERED, this the 11th day of June, 2024.

                                                             /s/ Glen H. Davidson
                                                             SENIOR U.S. DISTRICT JUDGE